AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| FUMA INTERNATIONAL LLC, an Ohio limited liability company <br><br> *Plaintiff(s)* <br> v. <br><br> ALTRIA GROUP, INC.; NU MARK LLC; ALTRIA GROUP DISTRIBUTION COMPANY; and ALTRIA CLIENT SERVICES LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:23-cv-00231 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALTRIA GROUP, INC.
6601 West Broad Street
Richmond, Virginia 23230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon M. Jordan
THE LAW FIRM OF BRANDON M. JORDAN PLLC
2800 Eisenhower Ave., Suite 220
Alexandria, VA 22314
Telephone: (703) 493-0231
brandon@brandonjordan.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  05/30/2023

*signature* 2023.05.30 10:15:05 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-00231

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Altria Group, Inc. was received by me on *(date)* 5/30/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Claire Roberts, Legal Assistant CSC, Inc. 10 S Jefferson St., #1800, Roanoke, VA 24011 , who is designated by law to accept service of process on behalf of *(name of organization)* Altria Group, Inc. on *(date)* 6/5/2023 1:05 PM ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/5/2023

*Server's signature*

James R. Parker, Process Server
*Printed name and title*

7742 Robinwood Drive, Chesterfield, Virginia 23832
*Server's address*

64622

Additional information regarding attempted service, etc:
Claire Roberts Gender: Female   Race/Skin: White   Age: 60 yrs. old   Weight: 180 lb.   Height: 5'7"   Hair: Gray   Glasses: No   Other:

Documents Served: Summons in a Civil Action, Complaint for Patent Infringement, Civil Cover Sheet, Exhibit A, B, C, D, E, F, G, H, I, J, K, L, M, N

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FUMA INTERNATIONAL LLC, an Ohio limited )
liability company )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:23-cv-00231
)
ALTRIA GROUP, INC.; NU MARK LLC; ALTRIA )
GROUP DISTRIBUTION COMPANY; )
and ALTRIA CLIENT SERVICES LLC )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NU MARK LLC
6601 West Broad Street
Richmond, Virginia 23230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon M. Jordan
THE LAW FIRM OF BRANDON M. JORDAN PLLC
2800 Eisenhower Ave., Suite 220
Alexandria, VA 22314
Telephone: (703) 493-0231
brandon@brandonjordan.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

2023.05.30
10:15:25 -04'00'

Date: 05/30/2023

Signature of Clerk or Deputy Clerk

Civil Action No. 2:23-CV-00231

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nu Mark LLC
was received by me on *(date)* 5/30/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Claire Roberts, Legal Assistant CSC, Inc. 10 S Jefferson St., #1800, Roanoke, VA 24011 , who is designated by law to accept service of process on behalf of *(name of organization)* Nu Mark LLC on *(date)* 6/5/2023 1:05 PM ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/5/2023

*Server's signature* James R. Parker

James R. Parker, Process Server
*Printed name and title*

7742 Robinwood Drive, Chesterfield, Virginia 23832
*Server's address*

64624

Additional information regarding attempted service, etc:
Claire Roberts Gender: Female  Race/Skin: White  Age: 60 yrs. old  Weight: 180 lb.  Height: 5'7"  Hair: Gray  Glasses: No  Other:

Documents Served: Summons in a Civil Action, Complaint for Patent Infringement, Civil Cover Sheet, Exhibit A, B, C, D, E, F, G, H, I, J, K, L, M, N

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FUMA INTERNATIONAL LLC, an Ohio limited liability company

*Plaintiff(s)*

v.

ALTRIA GROUP, INC.; NU MARK LLC; ALTRIA GROUP DISTRIBUTION COMPANY; and ALTRIA CLIENT SERVICES LLC

*Defendant(s)*

Civil Action No. 2:23-cv-00231

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALTRIA GROUP DISTRIBUTION COMPANY
6601 West Broad Street
Richmond, Virginia 23230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon M. Jordan
THE LAW FIRM OF BRANDON M. JORDAN PLLC
2800 Eisenhower Ave., Suite 220
Alexandria, VA 22314
Telephone: (703) 493-0231
brandon@brandonjordan.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

2023.05.30 10:15:44 -04'00'

Date: 05/30/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-00231

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Altria Group Distribution Company
was received by me on *(date)* 5/30/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Claire Roberts, Legal Assistant CSC, Inc. 10 S Jefferson St., #1800, Roanoke, VA 24011, who is designated by law to accept service of process on behalf of *(name of organization)* Altria Group Distribution Company on *(date)* 6/5/2023 1:05 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/5/2023

*Server's signature*

James R Parker, Process Server
*Printed name and title*

64625

7742 Robinwood Drive, Chesterfield, Virginia 23832
*Server's address*

Additional information regarding attempted service, etc:
Claire Roberts Gender: Female    Race/Skin: White    Age: 60 yrs. old    Weight: 180 lb.    Height: 5'7"    Hair: Gray    Glasses: No    Other:

Documents Served: Summons in a Civil Action, Complaint for Patent Infringement, Civil Cover Sheet, Exhibit A, B, C, D, E, F, G, H, I, J, K, L, M, N

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| FUMA INTERNATIONAL LLC, an Ohio limited liability company<br><br>*Plaintiff(s)*<br>v.<br>ALTRIA GROUP, INC.; NU MARK LLC; ALTRIA GROUP DISTRIBUTION COMPANY; and ALTRIA CLIENT SERVICES LLC<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-00231 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALTRIA CLIENT SERVICES LLC
6601 West Broad Street
Richmond, Virginia 23230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon M. Jordan
THE LAW FIRM OF BRANDON M. JORDAN PLLC
2800 Eisenhower Ave., Suite 220
Alexandria, VA 22314
Telephone: (703) 493-0231
brandon@brandonjordan.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

2023.05.30
10:16:03 -04'00'

Date: 05/30/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-00231

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Altria Client Services LLC
was received by me on *(date)* 5/30/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Claire Roberts, Legal Assistant CSC, Inc. 10 S Jefferson St., #1800, Roanoke, VA 24011 , who is
designated by law to accept service of process on behalf of *(name of organization)*
Altria Client Services LLC on *(date)* 6/5/2023 1:05 PM ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/5/2023

*Server's signature*

James R. Parker, Process Server
*Printed name and title*

7742 Robinwood Drive, Chesterfield, Virginia 23832
*Server's address*

64623

Additional information regarding attempted service, etc:
Claire Roberts Gender: Female  Race/Skin: White  Age: 60 yrs. old  Weight: 180 lb. Height: 5'7"  Hair: Gray  Glasses: No  Other:

Documents Served: Summons in a Civil Action, Complaint for Patent Infringement, Civil Cover Sheet, Exhibit A, B, C, D, E, F, G, H, I, J, K, L, M, N