IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| FUMA INTERNATIONAL LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALTRIA GROUP, INC.; NU MARK LLC; ALTRIA GROUP DISTRIBUTION COMPANY; ALTRIA CLIENT SERVICES LLC; and NJOY, LLC,<br><br>Defendants. | Civil Action No. 2:23-cv-231 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Fuma International LLC hereby voluntarily dismisses this action, and each and every count and claim asserted against Defendants therein, with prejudice. Defendants have not served either an answer or motion for summary judgment. All parties will bear their own attorneys' fees, costs, and expenses.

Dated: August 14, 2023

/s/ Brandon M. Jordan
Brandon M. Jordan
Virginia State Bar No. 75054
THE LAW FIRM OF
BRANDON M. JORDAN PLLC
2800 Eisenhower Ave., Suite 220
Alexandria, VA  22314
Telephone: (703) 493-0231
Facsimile: (703) 832-4806
brandon@brandonjordan.com

Christopher P. Sullivan*

1

csullivan@robinskaplan.com
Robert F. Callahan, Jr., Esq.*
rcallahan@robinskaplan.com
ROBINS KAPLAN LLP
800 Boylston Street
Suite 2500
Boston, MA  02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288

Dirk D. Thomas*
DIRK D. THOMAS PLLC
1775 Eye Street NW, Suite 1150
Washington, DC  20006
Telephone: (202) 587-5690
Facsimile: (202) 587-5610
dirk.thomas@dthomasllc.com

Robert Auchter*
AUCHTER PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Telephone: (703) 585-5721
Facsimile: (703) 525-6059
robert@auchterlaw.com

*Appearing Pro-Hac Vice

Counsel for Plaintiff *FUMA INTERNATIONAL, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the day of August 14, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.

>  */s/ Brandon M. Jordan*
>  Brandon M. Jordan
>  Virginia State Bar No. 75054
>  THE LAW FIRM OF
>  BRANDON M. JORDAN PLLC
>  2800 Eisenhower Ave., Suite 220
>  Alexandria, VA  22314
>  Telephone: (703) 493-0231
>  Facsimile: (703) 832-4806
>  brandon@brandonjordan.com