IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FUMA INTERNATIONAL LLC,

    Plaintiff,

v.                            Civil Action No. 2:23-cv-00231 (EWH)

ALTRIA GROUP, INC., *et al.*,
    Defendants.

## **FINAL ORDER**

On August 14, 2023, Plaintiff filed a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 36. The Court acknowledges this voluntary dismissal is with prejudice and that the parties will bear their own attorney's fees, cost, and expenses. The Court DIRECTS the Clerk to close this case.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                            _____/s/_____
                                            Elizabeth W. Hanes
                                            United States District Judge

Norfolk, Virginia
Dated:  August 14, 2023